

**ORDERED in the Southern District of Florida on June 14, 2016.**

**Laurel M. Isicoff, Judge**
**United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:

CARLOS E. MARRERO,

    Debtor.

_____/

SCORPION HOLDINGS, LLC, and
DREW M. DILLWORTH,
as Chapter 7 Trustee,

    Plaintiffs,

v.

CARLOS E. MARRERO,

    Defendant.

_____/

Case No.  15-21715-LMI

Chapter 7

Adv. Proc. No. 15-01638-LMI

**AGREED ORDER STRIKING DEFENDANT'S**
**ANSWER AND AFFIRMATIVE DEFENSES**

THIS MATTER came before the Court without a hearing on Plaintiff's *Notice of Non-*

1

*Compliance with Agreed Order Granting Plaintiff's Motion to Compel Answers to Interrogatories and First Admissions* ("Notice") [ECF No. 17] upon the agreement of the parties.

The Notice, filed by Drew M. Dillworth, chapter 7 trustee ("Trustee" and "Plaintiff") for the bankruptcy estate of Carlos Marrero ("Debtor" and "Defendant") notifies the Court that Defendant failed to comply with this Court's *Agreed Order Granting Plaintiff's Motion to Compel Answers to Interrogatories and First Admissions* ("Agreed Order") [ECF No. 14] by, inter alia, failing to answer several interrogatories set forth in Plaintiff's *First Set of Interrogatories* ("Rogs") served on Defendant on February 12, 2016.  The Notice further explains that, although unnecessary, Plaintiff attempted to resolve Defendant's non-compliance prior to the filing of the Notice, but that Defendant did not respond.

Based on the foregoing, and (i) pursuant to the explicit terms of the Agreed Order, (ii) consistent with (a) this Court's previous ruling that Defendant obstructed discovery in the Main Case and (b) Rule 37, Fed. R. Civ. P., made applicable to these proceedings pursuant to Rules 7037, Fed. R. Bankr. P., (iii) noting the dilatory tactics of Defendant, and (iv) noting the agreement of the Plaintiff and Defendant, the Court finds it appropriate to strike Defendant's Answer and Affirmative Defenses [ECF No. 5].  Therefore, it is –

ORDERED as follows:

1.      Defendant's Answer and Affirmative Defenses [ECF No. 5] are STRICKEN.

2.      In accordance with Bankruptcy Rules 7054(b) and 9021, Fed. R. Bankr. P., the Court will enter a separate *Final Judgment Sustaining Plaintiff's Objection to Discharge*, contemporaneously herewith.

### 

2

**Submitted by and Copy furnished to:**

Eric J. Silver, Esq.
esilver@stearnsweaver.com
STEARNS WEAVER MILLER
WEISSLER ALHADEFF & SITTERSON, P.A.
Museum Tower Building, Suite 2200
150 West Flagler Street
Miami, Florida 33130
Telephone:     (305) 789-3200
Facsimile:     (305) 789-3395

 *(Upon entry of this order, Attorney Silver is directed to serve a copy of this Order upon all interested parties, and to file a certificate of service.)*