

**ORDERED in the Southern District of Florida on June 14, 2016.**

Laurel M. Isicoff, Judge
United States Bankruptcy Court

_____

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION
### www.flsb.uscourts.gov

In re:

CARLOS E. MARRERO,

    Debtor.
_____/

SCORPION HOLDINGS, LLC, and
DREW M. DILLWORTH,
as Chapter 7 Trustee,

    Plaintiffs,

v.

CARLOS E. MARRERO,

    Defendant.
_____/

Case No.  15-21715-LMI

Chapter 7

Adv. Proc. No. 15-01638-LMI

### FINAL JUDGMENT SUSTAINING OBJECTION TO DISCHARGE

Pursuant to this Court's *Agreed Order Granting Plaintiff's Motion to Compel Answers to Interrogatories and First Admissions* [ECF No. 14] and *Agreed Order Striking Defendant's*

1

*Answer and Affirmative Defenses* [ECF No. 18], it is hereby

      **ORDERED** and **ADJUDGED**, as follows:

    1.    Judgment is entered in favor of Plaintiff and against Defendant on Counts I, II and III of the Complaint [ECF No. 1].

    2.    Plaintiff's objection to Defendant's discharge in the case styled *In re Carlos E. Marrero*, Case No. 15-01638-LMI (Bankr. S.D. Fla.), is **SUSTAINED**; accordingly Defendant's discharge is **DENIED** pursuant to 11 U.S.C. §§ 727(a)(2), (a)(4)(A) and (D), and (a)(5).

    3.    This Final Judgment is entered pursuant to Fed. R. Bank. P. 7058.

                                # # #

**Submitted by**:
Eric J. Silver, Esq.
esilver@stearnsweaver.com

(Attorney Silver is directed to serve a conformed copy of this judgment upon interested parties and file a certificate of service.)